

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and THE OFFICE OF SERVICEMEMBERS' GROUP LIFE INSURANCE,<br><br>Plaintiff,<br><br>v.<br><br>THE ESTATE OF MARK P. BARRETTE; ROBERT FRANCIS BARRETTE; BERNADETTE JULIA BARRETTE; MRS. JULIE SHEWMAKER-BARRETTE; JOHN BARRETTE, a minor child; and DOES 1 to 100, Inclusive,<br><br>Defendants. | CASE N0. CV 07 4346 GPS (AGRx)<br><br>JUDGMENT IN INTERPLEADER TO DISTRIBUTE THE PROCEEDS OF DECEDENT MARK P. BARRETTE'S SERVICEMAN'S GROUP LIFE INSURANCE POLICY TO ROBERT FRANCIS BARRETTE, THE NAMED PRINCIPAL BENEFICIARY |

The plaintiff stakeholder in this interpleader action, The Prudential Ins. Co. of America, was dismissed and discharged on December 28, 2007, after depositing in the registry of the court, the proceeds of a life insurance policy issued by plaintiff stakeholder to Mark P. Barrette. Robert Francis Barrette and Bernadette Julia Barrette, Decedent's parents, regularly noticed a motion for summary judgment after all parties' agreed that there were only issues of law to be decided, and the Court, having taken the matter under submission without oral argument, and

1

having considered the moving papers, opposing papers, reply papers, and all other matters presented,

IT IS ORDERED THAT:

1. The Summary Judgment Motion of Robert Francis Barrette and Bernadette Julia Barrette is **GRANTED**.
2. Neither Julia Shewmaker-Barrette, spouse, nor John Barrette, child, take any funds on deposit in the registry of the court or by the interpleader action.
3. Robert Francis Barrette, the named primary beneficiary on Mark P. Barrette's life insurance policy, recover all sums on deposit in connection with this action in the registry of the court, together with any and all interest earned on those sums since their deposit.
4. The clerk make out a check, warrant, or any other appropriate means of payment to ROBERT FRANCIS BARRETTE with respect to all sums on deposit in connection with this action in the registry of the court, together with any and all interest earned on those sums since their deposit.

IT IS SO ORDERED

Dated: 2/28/08

United States District Judge
George P. Schiavelli